

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6822<br>
wbaton@saul.com<br>
www.saul.com

August 17, 2022

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
Chief Judge, U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

   Re: *Supernus Pharmaceuticals, Inc. v. RiconPharma LLC, et al.*
      Civil Action No. 21-12133 (FLW)(TJB)

Dear Chief Judge Wolfson:

  This firm, together with Haug Partners LLP, represents Plaintiff Supernus Pharmaceuticals, Inc. in the above-captioned case. In accordance with Local Patent Rule 4.6 and the Court's May 25, 2022 Order (D.I. 69), we write on behalf of all parties concerning the scheduling of a claim construction hearing in this matter.

  The parties have conferred and agree that a hearing would be useful for construction of the disputed terms. The parties also agree that live witness testimony will not be necessary, and anticipate that the *Markman* hearing will require no more than one day. All counsel are available for a *Markman* hearing on September 28-29, 2022. Accordingly, the parties respectfully request that the Court schedule the *Markman* hearing at a time within this date range, if this is also convenient for Your Honor. If September 28-29 is not convenient for Your Honor, the parties are happy to confer and provide the Court with additional dates when all counsel are available.

  Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
/s/ William C. Baton<br>
William C. Baton

cc: Hon. Tonianne J. Bongiovanni, U.S.M.J. (via ECF)
   All counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP